# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE ENRIQUEZ,<br><br>          Petitioner,<br><br>   vs.<br><br>WARDEN HARTLEY,<br><br>          Respondent.<br>_____/ | 1:08-cv-00335-LJO-SMS (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   March 12, 2008**         /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE