# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| FRANKIE ENRIQUEZ,<br><br>　　　　vs.　　　　　Petitioner,<br><br>WARDEN HARTLEY,<br><br>　　　　　　　　　Respondent. | CASE NO. 08cv335 BTM(BLM)<br><br>**ORDER GRANTING CERTIFICATE OF APPEALABILITY** |

In an order filed on October 2, 2009, the Court denied Petitioner's Petition for Writ of Habeas Corpus. Petitioner has made a substantial showing of the denial of a constitutional right. Therefore, the Court grants a Certificate of Appealability on all of Petitioner's claims.

**IT IS SO ORDERED.**

DATED: October 20, 2009

　　　　　　　　　　　　　　　　　　　　　　_/s/ Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge