# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| FRANKIE ENRIQUEZ,<br><br>                Petitioner,<br><br>vs.<br><br>WARDEN HARTLEY,<br><br>                Respondent. | Civil No.      1:08-0335-BTM (BLM)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>**[Doc. Nos. 21 & 22]** |

      Frankie Enriquez (hereinafter "Enriquez"), a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus in the Eastern District of California (Fresno Division) on March 10, 2008 [doc. no. 1]. On October 2, 2009, visiting District Judge Barry Ted Moskowitz denied the Petition, and the case was closed [doc. nos. 16 & 17]. On October 16, 2009, Enriquez filed a Notice of Appeal [doc. no. 18], and the Court granted a Certificate of Appealability on October 21, 2009 [doc. no. 19]. Enriquez's appeal was processed to the Ninth Circuit Court of Appeal that same day, October 21, 2009 [doc. no. 20].

      On November 2, 2009, Enriquez filed two papers in this Court, a Motion for Appointment of Counsel [doc. no. 21] and a Request for Appointment of Counsel [doc. no. 22]. (While the Request for Appointment of Counsel was filed in this Court, it appears that Enriquez may have intended it be filed in the Ninth Circuit Court of Appeal based on the motion's caption.

1  Regardless of Enriquez's intention, the Request for Appointment of Counsel was filed in this
2  District Court and *not* in the Ninth Circuit Court of Appeal.)  Because Enriquez's case is on appeal
3  to the Ninth Circuit, and because the case herein in the United States District Court is closed, this
4  Court has no jurisdiction to consider either the Motion for Appointment of Counsel or the Request
5  for Appointment of Counsel.  Accordingly, both the motion and the request are denied for lack of
6  jurisdiction.

7  For the foregoing reasons, the Motion for Appointment of Counsel and the Request for
8  Appointment of Counsel are **DENIED.  This case remains CLOSED**.

9  **IT IS SO ORDERED.**

10  DATED:  November 19, 2009

12  Honorable Barry Ted Moskowitz
    United States District Judge